893 A.2d 64

IN THE MATTERS OF THE GENERAL ASSIGNMENT FOR THE BENEFIT OF CREDITORS OF:CROWN FINANCIAL HOLD-INGS, INC. A NEW JERSEY CORPORATION, ASSIGNOR, TO-GARY K. NORGAARD, ASSIGNEE.

CROWN FINANCIAL GROUP, INC. A NEW JERSEY CORPORATION, ASSIGNOR, TOGARY K. NORGAARD, ASSIGNEE.

Superior Court of New Jersey
Chancery Division Probate Part
Hudson County

Decided March 9, 2006.

*Stern, Lavinthal, Frankenberg & Norgaard, L.L.C.,* Englewood, Proposed Attorneys for Assignee.

## ORDER CONFIRMING PUBLIC AUCTION CONDUCTED OCTOBER 25, 2005

THIS MATTER came to the attention of the Court upon the Application of Gary K. Norgaard ("Assignee"), the Assignee for the Benefit of the Creditors in the above-captioned matters, for

approval of the Public Auction of certain Personal Property of the Assignors. The Court has considered the matter, and finds good cause to make the following order.

IT IS ON THIS 9th DAY OF March, 2006

ORDERED as follows:

1. Pursuant to N.J.S.A. 2A:19–19, the Public Auction of the Personal Property of the Assignors Crown Financial Holdings, Inc. and Crown Financial Group, Inc., which public auction was conducted on October 25, 2005, and which realized gross sales proceeds in the amount of $159,706.00, is confirmed.

/s/ Thomas P. Olivieri

Thomas P. Olivieri, P.J.Ch., Superior Court of New Jersey